FILED

APR - 5 2006

CLERK
U. S. DISTRICT COURT

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) CR. NO. | **2:06CR92-MHT** |
| | ) | [18 USC § 2251(a); |
| | ) | 18 USC 2252A(a)(5)(B); |
| | ) | 18 USC 2252(a)(2)] |
| CLARENCE BYRON CARTER, II | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about January 14, 2005, the exact date being unknown to the Grand Jury, in Barbour County, within the Middle District of Alabama,

**CLARENCE BYRON CARTER, II,**

the defendant, did use, persuade, induce and entice a minor to engage in sexually explicit conduct, including but not limited to lascivious exhibition of the genitals and the pubic area of said minor, for the purpose of producing visual depictions of such conduct, and these visual depictions were produced using materials that have been mailed, shipped, or transported in interstate or foreign commerce by any means, including computer. All in violation of Title 18, United States Code, Section 2251(a).

## COUNT 2

On or about January 14, 2005, the exact date being unknown to the Grand Jury in Barbour County, within the Middle District of Alabama,

**CLARENCE BYRON CARTER,**

defendant herein, did knowingly distribute and receive any visual depiction that had been mailed,

shipped, and transported in interstate and foreign commerce by any means, including by computer, the producing of such visual depiction involving the use of a minor engaging in sexually explicit conduct and the visual depiction was of such conduct, that is, the defendant distributed and received images from the "Angela", "Helen", "Felisha", "Abbey", "April", "Cindy", and "Unnamed" series, all of which contained child pornography of known minor children under twelve years of age, engaged in sexually explicit conduct. All in violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT 3

On or about February 16, 2005, the exact date being unknown to the Grand Jury, in Barbour County, within the Middle District of Alabama,

CLARENCE BYRON CARTER, II,

defendant herein, did knowingly possess material that contained images of child pornography that had been transported in interstate or foreign commerce by any means, including by computer: to-wit: the defendant possessed a computer hard drive, which contained images of minor children engaged in sexually explicit conduct, said images had been transported in interstate and foreign commerce by any means, including by computer. All in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
UNITED STATES ATTORNEY

_____
K. DAVID COOKE, JR.
Assistant United States Attorney