# U.S. District Court
## Middle District of Florida (Orlando)
### CRIMINAL DOCKET FOR CASE #: 6:06-mj-01177-DAB-ALL

Case title: USA v. Carter, II                                    Date Filed: 05/22/2006

Assigned to: Magistrate Judge David A. Baker

**Defendant**

**Clarence Byron Carter, II** (1)        represented by **James T. Skuthan**
*TERMINATED: 05/22/2006*                                Federal Public Defender's Office
                                                        Regions Bank Bldg., Suite 300
                                                        201 South Orange Avenue
                                                        Orlando, FL 32801
                                                        407/648-6338
                                                        Fax: 407/648-6095
                                                        Email: Jim_Skuthan@fd.org
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Designation: Public Defender or*
                                                        *Community Defender Appointment*

**Pending Counts**                                      **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                                   **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                                          **Disposition**
18:2251.F - Sexual exploitation of
children

**Plaintiff**
USA                                      represented by **Tanya Davis Wilson**
                                                        U.S. Attorney's Office

501 W. Church St., Suite 300
Orlando, FL 32805
407/648-7500
Fax: 407/648-7643
Email: tanya.wilson2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/22/2006 | 1 | Arrest - Rule 5(c)(2) of Clarence Byron Carter, II from Middle District of Alabama on charges of Sexual Exploitation of Children (HSL, ) (Entered: 05/24/2006) |
| 05/22/2006 | 2 | Minute Entry for proceedings held before Judge David A. Baker :Initial Appearance in Rule 5(c)(3) Proceedings as to Clarence Byron Carter, II held on 5/22/2006 (Tape # 2006-18:2732-3104) (Attachments: # 1 warrant# 2 indictment from Middle District of Alabama) (HSL, ) (Entered: 05/24/2006) |
| 05/22/2006 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Clarence Byron Carter, II. Signed by Judge David A. Baker on 5/22/06. (HSL, ) (Entered: 05/25/2006) |
| 05/22/2006 | 5 | ORDER of removal pursuant to rule 5(c)(2) to District of Middle District of Alabama as to Clarence Byron Carter, II Signed by Judge David A. Baker on 5/22/06. (HSL, ) (Entered: 05/25/2006) |
| 05/22/2006 | 6 | COMMITMENT to another district as to Clarence Byron Carter, II. Defendant committed to Middle District of Alabama. Signed by Judge David A. Baker on 5/22/06. (HSL, ) (Entered: 05/25/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/25/2006 12:50:42 | | | |
| PACER Login: | us4894 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 6:06-mj-01177-DAB |
| Billable Pages: | 1 | Cost: | 0.08 |

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

-vs-                                                                       Case No. 06-1177-01

CLARENCE BYRON CARTER, II

AUSA: Tanya Wilson
Defense Atty.: James T. Skuthan

| JUDGE | David A. Baker<br>United States Magistrate Judge | DATE AND TIME | May 22, 2006<br>3:35-3:40 |
|---|---|---|---|
| DEPUTY CLERK | Helyn S. LaTorre | TAPE/REPORTER | 2006-18:2732-3104 |
| INTERPRETER | None | PRETRIAL: | Suzanne Arwady |

**CLERK'S MINUTES**
**Initial Appearance on Rule 5c**
**from the Middle District of Alabama**

### Defendant was arrested today

(2732) Case called, appearances taken
(2776) Court advises defendant of rights and charges
(2878) Defendant requested court appointed counsel; Court appoints FPD
(2928) Government seeks detention of the defendant
(3044) Defendant waives the issue of detention at this time; Defendant admits identity
(3060) Court to enter order of removal

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

-vs-                                                                                  Case No. 06-1177-01

CLARENCE BYRON CARTER, II

---

### ORDER APPOINTING
### FEDERAL PUBLIC DEFENDER

Because the above named defendant has testified under oath or has otherwise satisfied this Court that he/she: (1) is unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, it is

**ORDERED** that the Federal Public Defender is appointed to represent the above named defendant for proceedings in this District in this case. The defendant may be required to contribute to the cost of this representation depending on circumstances to be determined at a later date.

**DONE** and **ORDERED** in Orlando, Florida on May 22, 2006.

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
United States Marshal
United States Probation Office
Asst. Federal Public Defender
Pretrial Services Office

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-                                                    Case No. 06-1177-01

CLARENCE BYRON CARTER, II

## FINDINGS AND ORDER ON REMOVAL PROCEEDINGS
## PURSUANT TO RULE 5(c), FED.R.CRIM.P.

       **CLARENCE BYRON CARTER, II**, having been arrested and presented before me for removal proceedings pursuant to Rule 5(c), Federal Rules of Criminal Procedure, and having been informed of the rights specified in Rule 5(d) thereof, and of the provisions of Rule 20, the following has occurred of record.

      An Initial Appearance on the Rule 5(c) Indictment from Middle District of Alabama was held on May 22, 2006.

      After hearing the evidence, and based on the defendant's waiver of identity hearing, I find that **CLARENCE BYRON CARTER, II** is the person named in the warrant for arrest, a copy of which has been produced.

      No detention hearing has been held because the defendant elects to have the detention hearing conducted in the district in which the prosecution is pending.

      It is, therefore,

      **ORDERED** that **CLARENCE BYRON CARTER, II** be held to answer in the district court in which the prosecution is pending. Final Commitment given to the U.S. Marshal.

      **DONE** and **ORDERED** in Chambers in Orlando, Florida, this 22d day of May, 2006.

                                                           DAVID A. BAKER
                                                   UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Charging District
United States Attorney
United States Marshal
Pretrial Services Office
Defense Counsel

                                                  COPIES MAILED
                                                  ON 5/23 2006
                                                  BY
                                                    Deputy Clerk

AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

Middle District of Florida

| UNITED STATES OF AMERICA V. CLARENCE BYRON CARTER, II | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 2:06CR92-MHT | 06-1177-01 | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

X Indictment ☐ Information ☐ Complaint ☐ Other (specify)

charging a violation of 18 U.S.C. § 2251(a); 2252(a)(2); 2255A(a)(5)(B)

**DISTRICT OF OFFENSE**
Middle District of Alabama

**DESCRIPTION OF CHARGES:**

Sexual Exploitation of Children

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
X Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

| Representation: | ☐ Retained Own Counsel | X Federal Defender Organization | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|

Interpreter Required? X No ☐ Yes Language: _____

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

May 22, 2006                       [signature]
Date                                United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|

COPIES MAILED ON 5-23 2006 BY _____

Deputy Clerk