IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. NO.:    2:06CR92-MHT |
| | ) | |
| CLARENCE BYRON CARTER, II | ) | |

**ORDER**

For good cause, it is

**ORDERED** that the above-case be placed on the arraignment docket for **June 28, 2006, at 10:00 a.m.**, **in courtroom 5-B**, before United States Magistrate Judge Susan R. Walker, Frank M. Johnson, Jr United States Courthouse Complex, One Church Street, Montgomery, Alabama.

If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for this proceeding.

Done this 23rd day of June, 2006.


        /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE