| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** June 28, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDING:** 11:00 - 11:10 |

√ **ARRAIGNMENT**  ☐ **CHANGE OF PLEA**  ☐ **CONSENT PLEA**
☐ **RULE 44(c) HEARING**  ☐ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker    **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:06cr92-MHT-CSC    **DEFENDANT NAME:** Clarence Byron Carter, II
**AUSA:** David Cooke    **DEFENDANT ATTORNEY:** Kevin Butler
Type counsel ( )Waived; ( )Retained; ( )CJA; (√)FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**

Interpreter present? (√)NO; ( )YES   Name:

---

√ This is defendant's **FIRST APPEARANCE.**
√ **Financial Affidavit** executed. **ORAL MOTION** for appointment of Counsel.
√ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
**PLEA:**   √ **Not Guilty**
     ☐ **Guilty as to:**
          ☐ **Count(s):**
          ☐ **Count(s):**           ☐ dismissed on oral motion of USA
                         ☐ to be dismissed at sentencing
☐ Written plea agreement filed   ☐ **ORDERED SEALED**
☐ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts _____.
√ **CRIMINAL TERM:  8/7/06**   ☐ WAIVER OF SPEEDY TRIAL filed.
     **DISCOVERY DISCLOSURE DATE: 6/28/06**
☐ **ORDER:** Defendant continued under ☐ same bond; ☐ summons; for:
     ☐ Trial on _____; ☐ Sentencing on _____
√ Defendant remanded to custody of U. S. Marshal
     ☐ Trial on _____; or ☐ Sentencing on _____
☐ Rule 44 Hearing:  ☐ Waiver of Conflict of Interest Form executed
          ☐ Defendant requests time to secure new counsel