IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR. No.: 2:06cr92-MHT |
| | ) | |
| CLARENCE BYRON CARTER, II | ) | |

**UNOPPOSED MOTION TO CONTINUE**

COMES NOW the Defendant, Clarence B. Carter, II, by and through undersigned counsel, Kevin L. Butler, and pursuant to 18 U.S.C. §§ 3161(h)(1)(A), 3161(h)(1)(I), 3161h(4), 3161(h)(8)(B)(I), 3161(h)(8)(B)(I), 3161(h)(8)(B)(ii) and 3161(h)(8)(B)(iv), respectfully moves this Court to continue the presently scheduled August 7, 2006 trial to the November 6, 2006 trial term. In support of this request, the Defendant would show:

1. Mr. Carter is charged with three child pornography offenses.

2. Undersigned counsel was appointed to represent Mr. Carter only two weeks ago.

3. The discovery provided indicates that hundreds, maybe thousands, of digital images have been seized from Mr. Carter.

4. Based upon the nature and volume of these images, if convicted, Mr. Carter may face substantial time in custody.

5. Undersigned counsel is in the process of arranging with the government a time and place to review the images seized. Upon concluding this review, the defense will need time to investigate the nature and substance of the images.

6. Undersigned counsel is also arranging a psychiatric evaluation of Mr. Carter. It is anticipated the results of this evaluation will effect plea negotiations in this matter and may also be relevant to issues presented at a possible trial and sentencing.

7. Because a complete review and investigation of the discovery and a psychiatric examination of the defendant can not be completed prior to the presently scheduled trial date and completion of these matter will be relevant for plea negotiations and possible sentencing, it is in the interest of justice to continue trial.

8. Requests for a continuance are addressed to the sound discretion of the trial court, *United States v. Darby*, 744 F.2d 1508, 1521 (11th Cir. 1984), *reh'g denied* 749 F.2d 733, cert. denied, 471 U.S. 1100 (1985). Additionally, pursuant to 18 U.S.C. §§ 3161(h)(1)(A), 3161(h)(1)(I), 3161h(4), 3161(h)(8)(B)(I), 3161(h)(8)(B)(I), 3161(h)(8)(B)(ii) and 3161(h)(8)(B)(iv), if it is in the interest of justice, this court has authority to continue trial to allow the defense time to complete its review of voluminous discovery and address psychiatric issues.

9. Counsel for the Government has no opposition to this requested continuance.

10. Mr. Carter's Speedy Trial Waiver is attached to this Motion.

WHEREFORE, for the foregoing reasons, the Defendant respectfully prays that this Motion be granted.

Dated this 14th day of July 2006.

Respectfully submitted,

s/Kevin L. Butler
**KEVIN L. BUTLER**
**AZ BAR NO.: 014138**
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: kevin_butler@fd.org.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| V. ) | CR. No.: 2:06cr92-MHT |
| ) | |
| **CLARENCE BYRON CARTER, II** ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

David Cooke, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

**s/ Kevin L. Butler**
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138