IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) CR. No.: 2:06cr92-MHT |
| | ) |
| CLARENCE BYRON CARTER, II | ) |

## WAIVER OF RIGHT TO SPEEDY TRIAL

The undersigned Defendant, Clarence Byron Carter, II, after being first advised of his right to a speedy trial as guaranteed him by the Sixth Amendment of the United States Constitution and the implementation of said right in 18 U.S.C. § 3161, hereby waives his right to a speedy trial as to the August 7, 2006 trial term.

X _____
CLARENCE BYRON CARTER, II