| | |
|---|---|
| COURTROOM DEPUTY MINUTES | DATE : JULY 17, 2006 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDED: 1:06 p.m. to 1:08 p.m. |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** CHARLES S. COODY     **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:** 2:06CR92-MHT-CSC     **DEFENDANT NAME:** CLARENCE B. CARTER, II

### APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| ATTY. KARL D. COOKE, JR. | ATTY. MICHAEL PETERSEN |

√   **DISCOVERY STATUS:** Completed.

_____
_____

√   **PENDING MOTION STATUS:**   Unopposed Motion to Continue Trial.

_____

☐   **PLEA STATUS:**

_____
_____

√   **TRIAL STATUS:**   Will take 3 days, if case goes to trial.

_____

√   **REMARKS:** Judge Thompson's next term in Nov. 6th.

_____