IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR. No.: 2:06cr92-MHT |
| | ) | |
| CLARENCE BYRON CARTER, II | ) | |

**UNOPPOSED MOTION TO CONTINUE**

COMES NOW the Defendant, Clarence B. Carter, II, by and through undersigned counsel, Kevin L. Butler, and pursuant to 18 U.S.C. §§ 3161(h)(1)(A), 3161(h)(1)(I), 3161h(4), 3161(h)(8)(B)(I), 3161(h)(8)(B)(I), 3161(h)(8)(B)(ii) and 3161(h)(8)(B)(iv), respectfully moves this Court to continue the presently scheduled October 30, 2006 trial to the February 5, 2007 trial term. In support of this request, the Defendant would show:

1. Mr. Carter is charged with three child pornography offenses.

2. Based upon the charged offenses and facts alleged as proof of the offenses, Mr. Carter faces a mandatory fifteen (15) year sentence and the proposed guideline range is approximately twenty-seven (27) years in custody. Additionally, at a sentencing hearing, this court will have the discretion to impose a sentence of life imprisonment. These severe and disparate sentencing options make this case unusual and complex.

3. The parties are presently engaged in good faith negotiations in an attempt to formulate an appropriate resolution to this matter. It is the parties' intent to draft a proposed resolution (plea agreement) that is in conformity with the charged statutes, the sentencing guidelines and applicable case law.

4. A joint plea agreement in conformity with controlling legal authority will assist the Court in exercising its sentencing authority and imposing a reasonable sentence under

    18 U.S.C. § 3553.

5. However, because a proposed plea agreement can not be completed on or before the presently scheduled trial date, it is in the interest of justice to allow both parties additional time to finalize the plea agreement.

6. Requests for a continuance are addressed to the sound discretion of the trial court, *United States v. Darby*, 744 F.2d 1508, 1521 (11th Cir. 1984), *reh'g denied* 749 F.2d 733, <u>cert. denied</u>, 471 U.S. 1100 (1985). Additionally, pursuant to 18 U.S.C. §§ 3161(h)(1)(I), 3161(h)(8)(B)(i), 3161(h)(8)(B)(ii) and 3161(h)(8)(B)(iv), if it is in the interest of justice, this court has authority to continue trial to allow the defense time to complete its review of voluminous discovery and address psychiatric issues.

7. Counsel for the government, David Cook, Esq., does not oppose this motion.

8. Mr. Carter's waiver of speedy trial is attached to this motion.

**FOR THE REASONS,** and pursuant to 18 U.S.C. §§ 3161(h)(1)(I), (h)(8)(B)(i), (h)(8)(B)(ii) and (h)(8)(B)(iv), Mr. Carter respectfully requests that this Motion be granted and the trial in this matter be continued from the October 30, 2006 trial docket until the February 5, 2007 trial term.

WHEREFORE, for the foregoing reasons, the Defendant respectfully prays that this Motion be granted.

Dated this 19th day of October 2006.

                Respectfully submitted,

                <u>s/Kevin L. Butler</u>
                **KEVIN L. BUTLER**
                **AZ BAR NO.: 014138**
                Attorney for Defendant
                Federal Defenders
                Middle District of Alabama
                201 Monroe Street , Suite 407

Montgomery, AL 36104  
TEL:   (334) 834-2099  
FAX:   (334) 834-0353  
E-Mail: kevin_butler@fd.org.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| V. ) | CR. No.: 2:06cr92-MHT |
| ) | |
| **CLARENCE BYRON CARTER, II** ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

David Cooke, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

**s/ Kevin L. Butler**
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138