IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR. No.: 2:06cr92-MHT |
| | ) | |
| CLARENCE BYRON CARTER, II | ) | |

## WAIVER OF RIGHT TO SPEEDY TRIAL

The undersigned Defendant, Clarence Byron Carter, II, after being first advised of his right to a speedy trial as guaranteed him by the Sixth Amendment of the United States Constitution and the implementation of said right in 18 U.S.C. § 3161, hereby waives his right to a speedy trial as to the October 30, 2006 trial term.

_____
~~LARRY EMERSON LEE~~
Clarence Byron Carter, II

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR. No.: 2:06cr92-MHT |
| | ) | |
| CLARENCE BYRON CARTER, II | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

David Cooke, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

**s/ Kevin L. Butler**
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138