| | |
|---|---|
| COURTROOM DEPUTY MINUTES | DATE: DECEMBER 15, 2006 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDED: 1:24 – 1:25 |

---

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** CHARLES S. COODY  **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:** 2:06CR92-MHT-CSC  **DEFENDANT NAME:** CLARENCE B. CARTER, II.

### APPEARANCES

| GOVERNMENT | DEFENDANT COUNSEL |
|---|---|
| ATTY. KARL DAVID COOKE, JR. | ATTY. KEVIN BUTLER |

---

√  **DISCOVERY STATUS:** Complete.

√  **PENDING MOTION STATUS:** ~~None.~~ Motion to Substitute Counsel.

☑  **PLEA STATUS:** possible plea.

☑  **TRIAL STATUS:** 2 days for trial

☐  **REMARKS:**