IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06cr92-MHT |
| | ) | |
| CLARENCE BYRON CARTER, II | ) | |

**ORDER**

On December 14, 2006, Assistant United States Attorney Tommie Brown Hardwick filed a motion to substitute in this matter in which attorney K. David Cook, Jr. seeks to withdraw from representation of the United States and attorney Hardwick seeks to be substituted as counsel for the government. Upon consideration of the motion, and for good cause, it is

ORDERED that the motion to withdraw and substitute (doc. # 23) be and is hereby GRANTED.

Done this 20th day of December, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE