IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CR. No.: 2:06cr92-MHT |
| | ) | |
| **CLARENCE BYRON CARTER, II** | ) | |

### UNOPPOSED MOTION TO CONTINUE

COMES NOW the Defendant, Clarence B. Carter, II, by and through undersigned counsel, Kevin L. Butler, and pursuant to 18 U.S.C. §§ 3161(h)(1)(A), 3161(h)(1)(I), 3161h(4), 3161(h)(8)(B)(I), 3161(h)(8)(B)(I), 3161(h)(8)(B)(ii) and 3161(h)(8)(B)(iv), respectfully moves this Court to continue the presently scheduled February 5, 2007 trial to the June 4, 2007 trial term. In support of this request, the Defendant would show:

1. Mr. Carter is charged with three child pornography offenses.

2. Though it appears Mr. Carter has no criminal history, based upon the charged offenses and facts alleged as proof of the offenses, Mr. Carter faces the recommended guideline sentence of life in prison without the possibility of parole. This recommended sentence may be tempered by the statutory maximum sentence of 30 or 40 years and 18 U.S.C. § 3553.[1] The severity of punishment for this first time offense makes this case unusual and complex.

3. This case will not proceed to trial and the parties are presently engaged in good faith negotiations in an attempt to formulate an appropriate resolution to this matter that is in conformity with the charged statutes, the sentencing guidelines and applicable case law. These negotiations include a determination of the necessity of any psychiatric examination.

---

[1] In an earlier pleading undersigned counsel erroneously represented the penalty range in this matter was 15 to 27 years. Further research has revealed the potential penalty is much more severe.

4.      A joint plea agreement in conformity with controlling legal authority will assist the Court in exercising its sentencing authority and imposing a reasonable sentence under 18 U.S.C. § 3553.

5.      However, because a proposed plea agreement can not be completed on or before the presently scheduled trial date, it is in the interest of justice to allow both parties additional time to finalize the plea agreement.

6.      This matter has been previously continued and this is the final request for a continuance. However, the severity of penalty for this 1st time offender is good cause to allow the parties the opportunity to continue in good faith negotiations. Additionally, because of the possibility Mr. Carter may receive a sentence greater than 30 years, a further continuance is not prejudicial.

7.      Requests for a continuance are addressed to the sound discretion of the trial court, *United States v. Darby*, 744 F.2d 1508, 1521 (11th Cir. 1984), *reh'g denied* 749 F.2d 733, <u>cert. denied</u>, 471 U.S. 1100 (1985). Additionally, pursuant to 18 U.S.C. §§ 3161(h)(1)(I), 3161(h)(8)(B)(I), 3161(h)(8)(B)(ii) and 3161(h)(8)(B)(iv), if it is in the interest of justice, this court has authority to continue trial to allow the defense time to allow parties sufficient time to resolve complex issues and complete preparation of a plea agreement for consideration by the court.

8.      Mr. Carter does not oppose the continuance.

9.      Counsel for the government, Tommie Hardwick, Esq., does not oppose this motion.

**FOR THE REASONS,** and pursuant to 18 U.S.C. §§ 3161(h)(1)(I), (h)(8)(B)(I), (h)(8)(B)(ii) and (h)(8)(B)(iv), Mr. Carter respectfully requests that this Motion be granted and the trial in this matter be continued from the February 5, 2007 trial docket until the June 4, 2007 trial term.

WHEREFORE, for the foregoing reasons, the Defendant respectfully prays that this Motion be granted.

Dated this 23rd day of January 2007.

          Respectfully submitted,

          <u>**s/Kevin L. Butler**</u>
          **KEVIN L. BUTLER**
          **AZ BAR NO.: 014138**
          Attorney for Defendant
          Federal Defenders
          Middle District of Alabama
          201 Monroe Street , Suite 407
          Montgomery, AL 36104
          TEL:   (334) 834-2099
          FAX:   (334) 834-0353
          E-Mail: kevin_butler@fd.org

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | )   CR. No.: 2:06cr92-MHT |
| | ) |
| CLARENCE BYRON CARTER, II | ) |

CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Tommie Hardwick, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138