In The United States District Court
Middle District of Alabama
Northern Division

RECEIVED
2007 MAY 10 A 9:27
A. P. HACKETT
MIDDLE DISTRICT ALA

United States of America )
vs                       ) CR NO: 2:06CR92-MHT
Clarence Byron Carter    )

## Motion To Dismiss Council

Comes now the defendant C.B. Carter, appearing pro se and advises this Honorable Court of his intent to dismiss his attorney, Honorable Kevin Butler. Defendant feels that continued representation by Mr. Butler would be detrimental to his defence.

The undersigned moves this Court to dismiss his council on the grounds that Hon Butler is non-responsive and does not communicate in a truthful manner about the facts of the above referenced case. Defendant has lost all confidence in his council and there is a total and complete breakdown of communication. Defendant cannot proceed with this council.

Respectfully submitted to this Court on 08 May 2007 by:

_____
Clarence B. Carter
DEFENDANT

## Certificate of Service

I certify that on 08 May 2007 I provided a true and correct copy of this motion by placing same in the United States Mail postage prepaid and properly addressed as follows:

> Honorable Kevin Butler
> 1960 The RSA Tower
> 201 Monroe St.
> Montgomery, AL. 36104

The District Attorney was not served with a copy because I am unaware of that officer's name and address.

08 May 2007        *Clarence L. Carter*

                    DEFENDANT
                    Clarence Byron Carter

Clarence B. Carter
P.O. Drawer 159

INMATE MAIL
MONTGOMERY CITY JAIL

36101+0711

MONTGOMERY AL 361
06 MAY 2007 PM 3 L

Clerk of Court
US District Court
PO Box 711
Montgomery AL