# FEDERAL DEFENDERS

MIDDLE DISTRICT OF ALABAMA
FEDERAL DEFENDER PROGRAM, INC.
201 MONROE STREET, SUITE 407
MONTGOMERY, AL 36104
TELEPHONE (334) 834-2099
FACSIMILE (334) 834-0353
Website: www.almfd.org

CHRISTINE A. FREEMAN
Executive Director

May 15, 2007

**VIA FACSIMILE**

Richard K. Keith, Esquire
Keith & Hamm
22 Scott Street
Montgomery, AL 36104

   Re: *United States v. Clarence Carter*

Dear Richard:

  This will confirm that you will be representing Mr. Carter. Enclosed is Mr. Carter's file.

  By copy of this letter we are asking the Clerk's office to furnish you with a copy of any additional documents from their file and any other paperwork needed for your appointment.

  Thank you for handling this case and if you have any questions, please do not hesitate to contact our office.

           Sincerely,

           Lynn Colbert

Enclosure
cc: Wanda Stinson

*In Memory: John William Focke, II 1949 - 2001*