**IN THE UNITED STATES DISTRICT COURT FOR
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 2:06-cr-0092-MHT-CSC |
| ) | |
| **CLARENCE BYRON CARTER, II,** ) | |
| ) | |
| **Defendant.** ) | |

**MOTION TO CONTINUE TRIAL**

COMES NOW, the defendant, Clarence Byron Carter, II, by and through the undersigned attorney, Richard K. Keith, and moves this Honorable Court to continue the June 4, 2007 Trial currently set in the above-referenced case.

As grounds in support thereof, the following is stated:

1. This matter is set for trial on June 4, 2007.

2. The undersigned attorney was recently appointed as counsel for Defendant on May 14, 2007, and can not possibly be adequately prepared for trial by June 4, 2007.

3. Assistant United States Attorney Tommie Brown Hardwick has no objection to a continuance in this matter.

WHEREFORE, premises considered, the respondent moves that the June 4, 2007 Trial be continued.

Respectfully submitted this 21st day of May, 2007.

        s/ Richard K. Keith
        **RICHARD K. KEITH (KEI003)**
        Attorney for Defendant
        **KEITH & DUBIN, P.C.**
        22 Scott Street
        Montgomery, AL  36104-4012
        Telephone: (334) 264-6776
        Facsimile:  (334) 265-5362

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Tommie Brown Hardwick, AUSA
Post Office Box 197
Montgomery, AL 36101-0197

        s/ Richard K. Keith
        **OF COUNSEL**