## IN THE UNITED STATES DISTRICT COURT FOR
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.  2:06-cr-0092-MHT-CSC** |
| | ) | |
| **CLARENCE BYRON CARTER, II,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### QUESTIONS ON VOIR DIRE EXAMINATION

COMES NOW, the defendant, Clarence Byron Carter, II, and respectfully requests the following questions be propounded to the venire:

1.  The law says that a defendant who has been charged with a crime is presumed to be innocent.  Are you willing to accept that and give that presumption of innocence to the defendant?

2.  Do you agree with the law that a person is innocent until proven guilty beyond a reasonable doubt as to each element of a crime?

3.  Do you agree with the law that the burden of proving that the defendant is guilty beyond a reasonable doubt rests with the prosecution?

4.  Do you agree that you are enforcing the law just as vigorously by voting for an acquittal, if there is reasonable doubt as to guilt, as you do by voting for a conviction, when there is no such doubt?

5.  Do you agree that an impartial trial by an unbiased jury is a constitutional guarantee no matter what the charges are against the defendant?

6.     If you came to the conclusion that the prosecution had not proven the guilt of the accused beyond a reasonable doubt, and you find that a majority of the jurors believed the accused was guilty, would you change your verdict only because you were in the minority?

7.     Would you give the accused the benefit of your individual judgment in arriving at a verdict in this case?

8.     Does the fact that this case involves alleged Child Pornography offenses tend to make you prejudiced against the defendant before the trial?

9.     Do any of you have family ties with police or law enforcement persons? If so, please state the relationship.  Have you ever discussed with them whether they believe that persons charged with crimes are probably guilty?

10.    Have you ever been a witness for the prosecution in a criminal case? Please explain.

11.    Does any member of the venire know any of the following people?  (We ask the Court to read a list of the Government's proposed witness).

12.    Does anyone feel they may not be a fair and impartial juror in a case like this that involves child pornography?

13.    Are any of you related to anyone in the U.S. Attorney's Office?

14.    Does any member of the venire know any member of the U.S. Attorney's Office and its investigators?  (We ask the U.S. Attorney or one of her assistants to please stand and give with clarity each member of the U.S. Attorney's Office, including investigators).

15.     Does any member of the jury venire have an interest in the conviction of the defendant?

16.     Do any of you know anything about this case?  If so, please explain.

17.     Have any of you received any training in the law?  If your answer is yes, briefly describe the nature of that training.

18.     Do you understand that the comments of the prosecutor are not evidence in this case?

19.     Have any of you or any member of your family been the victim of a sexual offense?  If so, please come forward and explain.

20.     Does anyone know someone who was a victim of a sexual offense?  If so, please come forward and explain.

21.     Does anyone have a bias against sexual offenders or child pornographers?

22.     Does any member of the venire know of any reason, not already mentioned, why you should not serve on the jury in this case?

Respectfully submitted this 7th day of September, 2007.


s/ Richard K. Keith
**RICHARD K. KEITH (KEI003)**
Attorney for Defendant
**KEITH & DUBIN, PC**
22 Scott Street
Montgomery, AL  36104-4012
Telephone: (334) 264-6776
Facsimile:  (334) 265-5362

**CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

  Tommie Brown Hardwick, Esq.
  Post Office Box 197
  Montgomery, AL 36101-0197


         s/ Richard K. Keith
         **OF COUNSEL**