IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CRIMINAL ACTION NO.** |
| | ) | **2:06cr92-MHT** |
| **CLARENCE BYRON CARTER, II** | ) | |

**ORDER**

Upon consideration of defendant Clarence Byron Carter's motion in limine (Doc. No. 40), it is ORDERED that the government show cause, if any there be, in writing by September 12, 2007, as to why said motion should not be granted.

DONE, this the 10th day of September, 2007.

                                                  /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**