IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

| | | |
|---|---|---|
| **United States of America,** | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 2:06-cr-0092-MHT-CSC |
| **Clarence Byron Carter, II,** | ) | |
| Defendant. | ) | |

**NOTICE OF INTENT TO CHANGE PLEA**

COMES NOW, the defendant, Clarence Byron Carter, II, by and through the undersigned counsel, Richard K. Keith, and notifies the Court of his intent to change his previously entered plea of not guilty to guilty. The defendant waives his right to plea in front of a district judge and consents to do so before a magistrate judge.

Respectfully submitted this 10th day of September, 2007.

/s/Richard K. Keith

**RICHARD K. KEITH (KEI003)**

Attorney for Defendant

**KEITH & DUBIN, P.C.**

22 Scott Street

Montgomery, AL  36104-4012

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing using the CM/ECF, which will automatically send notification of such filing to the following:

Tommie Brown Hardwick, AUSA

Post Office Box 197

Montgomery, AL  36101-0197

/s/Richard K. Keith

**OF COUNSEL**

## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **United States of America,** | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 2:06-cr-0092-MHT-CSC |
| **Clarence Byron Carter, II,** | ) | |
| Defendant. | ) | |

### NOTICE OF INTENT TO CHANGE PLEA

COMES NOW, the defendant, Clarence Byron Carter, II, by and through the undersigned counsel, Richard K. Keith, and notifies the Court of his intent to change his previously entered plea of not guilty to guilty. The defendant waives his right to plea in front of a district judge and consents to do so before a magistrate judge.

Respectfully submitted this 10th day of September, 2007.

/s/Richard K. Keith

**RICHARD K. KEITH (KEI003)**

Attorney for Defendant

**KEITH & DUBIN, P.C.**

22 Scott Street

Montgomery, AL  36104-4012

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing using the CM/ECF, which will automatically send notification of such filing to the following:

Tommie Brown Hardwick, AUSA

Post Office Box 197

Montgomery, AL  36101-0197

/s/Richard K. Keith

**OF COUNSEL**