IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr92-MHT |
| | ) | |
| CLARENCE BYRON CARTER, II | ) | |

## UNITED STATES' NOTICE OF APPEARANCE

Comes now the undersigned Assistant United States Attorney for the Middle District of Alabama, Jerusha T. Adams, and enters her notice of appearance on behalf of the United States in the above-styled cause.

Respectfully submitted this the 11th day of September, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/Jerusha T. Adams
JERUSHA T. ADAMS
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: jerusha.adams@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr92-MHT |
| | ) | |
| CLARENCE BYRON CARTER, II | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Richard Kelly Keith, Esq.

                                                  Respectfully submitted,

                                                  /s/Jerusha T. Adams
                                                  JERUSHA T. ADAMS
                                                  Assistant United States Attorney
                                                  131 Clayton Street
                                                  Montgomery, AL 36104
                                                  Phone: (334) 223-7280
                                                  Fax: (334) 223-7135
                                                  E-mail: jerusha.adams@usdoj.gov