IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED 2007 SEP 11 P 3: 09
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 2:06cr92-MHT |
| | ) [18 USC § 2251(a); |
| | )  18 USC § 2252A(a)(2); |
| | )  18 USC § 2252A(a)(5)(B)] |
| CLARENCE BYRON CARTER, II | ) |
| | ) INFORMATION |

The United States Attorney charges:

## COUNT 1

Between March, 2002, and December, 2003, the exact date being otherwise unknown to the Grand Jury, in Barbour County, within the Middle District of Alabama, the defendant,

CLARENCE BYRON CARTER, II,

did use, persuade, induce, entice, and coerce minors, to wit: two prepubescent females, to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256, for the purpose of producing visual depictions of such conduct, using materials that had been mailed, shipped and transported in interstate and foreign commerce by any means including by computer, to wit, the Defendant produced the visual depictions and loaded them onto a Verbatim disc and his home computer. All in violation of Title 18, United States Code, Section 2251(a).

## COUNT 2

Between March, 2002, and December, 2003, the exact date being otherwise unknown to the Grand Jury, in Barbour County, within the Middle District of Alabama, the defendant,

CLARENCE BYRON CARTER, II,

did knowingly receive and distribute visual depictions that had been mailed, and had been shipped and transported in interstate or foreign commerce, by any means including by computer, to wit, the defendant received and distributed images from various series of minors under the age of twelve years of age engaged in sexually explicit conduct, to wit, the defendant shared images of child pornography in his shared space to include the following series: "Sabban", "Angela", "KDV", "Hayley", "Helen", "Felisha", "Abby", "Bianca", "Cindy", and "Jan-Feb". All in violation of Title 18, United States Code, Section 2252A(a)(2).

### COUNT 3

On or about February 16, 2005, the exact date being otherwise unknown to the Grand Jury, in Barbour County, within the Middle District of Alabama,

CLARENCE BYRON CARTER, II,

defendant herein, did knowingly possess films, videotapes, computer discs and any other material that contained an image of child pornography that had been mailed, shipped and transported in interstate or foreign commerce by any means, including by computer. All in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

_____
LEURA G. CANARY
UNITED STATES ATTORNEY

_____
TOMMIE BROWN HARDWICK
Assistant United States Attorney

_____
JERUSHA T. ADAMS
Assistant United States Attorney

2