AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA
V.

Clarence Byron Carter, II

WAIVER OF INDICTMENT

CASE NUMBER: 2:06CR92-MHT

I, _Clarence Byron Carter, II_, the above named defendant, who is accused of

**VIOLATIONS OF TITLE 18 USC SECTIONS 2251(a), 2252A(a)(2), & 2252A(a)(5)(B)**

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___9/12/07___ prosecution by indictment and consent that the
                                         Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before_____
       Judicial Officer