IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA      )
                              )
    v.                        )    CRIMINAL ACTION NO.
                              )       2:06cr92-MHT
CLARENCE BYRON CARTER, II     )

ORDER

It is ORDERED as follows:

(1)  The  government's  oral  motion  to  continue
sentencing, made on the record on December 3, 2007, is
granted.

(2) Sentencing for defendant Clarence Byron Carter,
II, now set for December 3, 2007, is reset for December
6, 2007, at 1:00 p.m. at the Frank M. Johnson, Jr. United
States Courthouse complex, Courtroom 2FMJ, One Church
Street, Montgomery, Alabama, 36104.

DONE, this the 3rd day of December, 2007.


              /s/ Myron H. Thompson
            UNITED STATES DISTRICT JUDGE