IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 2:06-CR-92-MHT |
| | ) | |
| CLARENCE BYRON CARTER | ) | |
| | ) | |

UNOPPOSED MOTION TO CONTINUE SENTENCING

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully requests that this Court continue the sentencing hearing in this matter. In support thereof, we would show the following:

1.  The above styled case is set for sentencing on December 6, 2007, at 1:00 p.m.

2.  The undersigned Assistant United States Attorney, was assigned this case at approximately 8:00 a.m., December 6, 2007, when it was learned that Assistant United States Attorney Tommie Brown Hardwick would be unable to attend the scheduled hearing.

3.  Despite the best efforts of the undersigned, she is not prepared to fully and satisfactorily represent the United States at the scheduled hearing and requests that the Court continue this matter to allow her an opportunity to become so prepared.

4.  Attorney for the Defendant, Richard K. Keith, has been contacted and has no objection to a continuance of this matter.

5.  The parties further request that this matter be re-set after January 4, 2008.

6.  Defendant will not suffer any prejudice should the Court grant this motion.

For the reasons stated above, the United States requests that this Honorable Court continue

sentencing in this matter.

    Respectfully submitted this the 6th day of December, 2007.

                          LEURA G. CANARY
                          UNITED STATES ATTORNEY

                          /s/ Susan R. Redmond
                          SUSAN R. REDMOND
                          Assistant United States Attorney
                          Post Office Box 197
                          Montgomery, Alabama 36101-0197
                          334.223.7280
                          334.223.7138 fax
                          susan.redmond@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 2:06-CR-92-MHT |
| | ) | |
| CLARENCE BYRON CARTER | ) | |

CERTIFICATE OF SERVICE

    I hereby certify that on December 6, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Richard K. Keith.

    Respectfully submitted,

    LEURA G. CANARY
    UNITED STATES ATTORNEY

    /s/ Susan R. Redmond
    SUSAN R. REDMOND
    Assistant United States Attorney
    Post Office Box 197
    Montgomery, Alabama 36101-0197
    334.223.7280
    334.223.7138 fax
    susan.redmond@usdoj.gov