IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:06cr92-MHT |
| **CLARENCE BYRON CARTER, II** | ) | |

### ORDER

It is ORDERED as follows:

(1) The government's motion to continue sentencing (Doc. No. 60) is granted.

(2) Sentencing for defendant Clarence Byron Carter, II, now set for December 6, 2007, is reset for January 23, 2008, at 1:00 p.m. at the Frank M. Johnson, Jr. United States Courthouse complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 6th day of December, 2007.

                                           /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**