IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Case No.  2:06-cr-0092-MHT |
| | ) |
| **CLARENCE BYRON CARTER, II,** | ) |
| | ) |
| **Defendant.** | ) |

## NOTICE OF APPEAL

Notice is hereby given that Clarence Byron Carter, II, the above-named defendant, hereby appeals his Sentencing to the United States Court of Appeals for the Eleventh Circuit.  The Defendant appeals his January 23, 2008 Sentencing by the Honorable Judge Myron H. Thompson, United States District Court Judge.

Respectfully submitted this 29th day of January, 2008.

s/ Richard K. Keith
**RICHARD K. KEITH (KEI003)**
Attorney for Defendant
**KEITH & DUBIN, P.C.**
22 Scott Street
Montgomery, AL  36104-4012
Telephone: (334) 264-6776
Facsimile:  (334) 265-5362

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Tommie Brown Hardwick, AUSA
    Post Office Box 197
    Montgomery, AL 36101-0197

                                              s/ Richard K. Keith
                                              **OF COUNSEL**