Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

February 22, 2008

**Appeal Number: 08-10443-D**
Case Style: USA v. Clarence Byron Carter, II
District Court Number:  06-00092 CR-T-N

TO:   Mitchell Reisner

CC:   Richard K. Keith

CC:   Debra P. Hackett

CC:   Leura Garrett Canary

CC:   Jerusha T. Adams

CC:   Susan Redmond

CC:   Tommie Brown Hardwick

CC:   Administrative File

# United States Court of Appeals

Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

February 22, 2008

Mitchell Reisner
222 CLOVERFIELD RD
HOPE HULL  AL  36043-5550

**Appeal Number: 08-10443-D**
Case Style: USA v. Clarence Byron Carter, II
District Court Number:  06-00092 CR-T-N

TRANSCRIPT DUE:  March 1, 2008
_____
(30 days from appellant's certification)

We have not received your acknowledgement of the enclosed transcript order form and certification of completion of financial arrangements.  We have assumed that the necessary financial arrangements have been made by the appellant for the preparation of the transcript, in accordance with appellant's certification, and accordingly we have fixed the date shown above for filing the transcript with the district court clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Nancy Holbrook (404) 335-6183

c:  District Court Clerk
    Counsel of Record

Encl.

RPTR-1 (03-2004)